# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:25-cr-324-MOC |
| v. | **BILL OF INDICTMENT**<br>Violations:<br>21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 924(c)<br>18 U.S.C. § 922(g)(1) |
| **EUGENE MARTA LANEY** | |

## THE GRAND JURY CHARGES:

### COUNT ONE
*(Possession with Intent to Distribute Cocaine)*

On or about January 23, 2025, in Union County, within the Western District of North Carolina, the defendant,

**EUGENE MARTA LANEY,**

knowingly and intentionally possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### COUNT TWO
*(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about January 23, 2025, in Union County, within the Western District of North Carolina, the defendant,

**EUGENE MARTA LANEY,**

did knowingly possess a firearm in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute a Controlled Substance, a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count One of this Bill of Indictment and incorporated by reference herein, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT THREE
*(Possession of a Firearm by a Felon)*

On or about January 23, 2025, in Union County, within the Western District of North Carolina, the defendant,

**EUGENE MARTA LANEY,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Canik, model TP9 SF, 9mm caliber semi-automatic pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924, and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations;

c. All firearms or ammunition involved or used in such violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b), and (c).

The Grand Jury finds probable cause to believe that the Canik, model TP9 SF, 9mm caliber semi-automatic pistol is subject to forfeiture on one or more of the grounds stated above.

A TRUE BILL

[signature redacted]
FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

TIM SIELAFF
ASSISTANT UNITED STATES ATTORNEY